1 | Joseph R. Manning, Jr., Esq. (SBN 223381)
2 | **MANNING LAW, APC**
  | 20062 SW Birch St., Suite 200 Newport Beach, CA 92660
3 | Tel: (949) 200-8755 Fax: (866) 843-8308
4 | DisabilityRights@manninglawoffice.com

5 | Attorneys for Plaintiff:
6 | JAMES RUTHERFORD

7 | Michelle M. Wolfe (SBN 134527)
8 | **VARNER & BRANDT, LLP**
  | 3750 University Ave, Suite 610
9 | Riverside CA 92501
10 | Tel: (951) 274-7777 Fax: (951) 274-7770

11 | Attorneys for Defendant
12 | PARADIGM 20815 SHERMAN WAY, LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| JAMES RUTHERFORD, an individual, | Case No.: 8:20-cv-01301-DOC-KES |
|---|---|
| Plaintiff, | Hon. David O. Carter |
| v. | **JOINT NOTICE OF SETTLEMENT** |
| PARADIGM 20815 SHERMAN WAY, LLC, a California limited liability company; and DOES 1-10, inclusive, | Complaint Filed: July 20, 2020<br>Trial Date: None Set |
| Defendants. | |

TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:

JOINT NOTICE OF SETTLEMENT

1

Plaintiff, JAMES RUTHERFORD, and Defendant, PARADIGM 20815 SHERMAN WAY, LLC (the "Parties") have reached a settlement in this matter and expect to file a joint stipulation for dismissal of the action pending completion of certain terms of the confidential settlement agreement.

Dated: September 22, 2020

**MANNING LAW, APC**

By: */s/ Joseph R. Manning, Jr. Esq.*
Joseph R. Manning, Jr., Esq.
Attorneys for Plaintiff,
James Rutherford

Dated: September 22, 2020

**VARNER & BRANDT, LLP**

By: */s/ Michelle M. Wolfe*
Michelle M. Wolfe
Attorney for Defendant,
Paradigm 20815 Sherman Way, LLC

### CERTIFICATE OF SERVICE

I certify that on September 22, 2020, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on counsel of record in this action via email transmission and via transmission of Electronic Filing generated by CM/ECF.

Respectfully submitted,

Dated: September 22, 2020

**MANNING LAW, APC**

By: */s/ Joseph R. Manning, Jr. Esq.*
Joseph R. Manning, Jr., Esq.
Attorneys for Plaintiff
James Rutherford