Joseph R. Manning, Jr. (SBN 223381)
DisabilityRights@manninglawoffice.com
**MANNING LAW, APC**
20062 SW Birch Street, Suite 200
Newport Beach, CA 92660
Tel: 949.200.8755 / Fax: 866.843.8308

Attorneys for Plaintiff: JAMES RUTHERFORD

Michelle M. Wolfe, ESQ SBN.: 150603
**VARNER & BRANDT, LLP**
3750 University Avenue, Suite 610
Riverside, CA 92501-3323
Telephone: (951) 274-7777
Facsimile: (951) 274-7770
Email: michelle.wolfe@varnerbrandt.com

Attorney for Defendant PARADIGM 20815 SHERMAN WAY, LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES RUTHERFORD, an individual, <br><br> Plaintiff, <br><br> v. <br><br> PARADIGM 20815 SHERMAN WAY, LLC, a California limited liability company; and DOES 1-10, inclusive, <br><br> Defendants. | Case No.: 8:20-cv-01301-DOC-KES <br><br> Hon. David O. Carter <br><br> **JOINT STIPULATION FOR DISMISSAL OF THE ENTIRE ACTION WITH PREJUDICE** <br><br> Complaint Filed: July 20, 2020 <br> Trial Date: None |

JOINT STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE

**TO THE COURT AND ALL PARTIES:**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff JAMES RUTHERFORD ("Plaintiff") and PARADIGM 20815 SHERMAN WAY, LLC ("Defendant"), stipulate and jointly request that this Court enter a dismissal with prejudice of Plaintiff's Complaint in the above-entitled action, in its entirety. Each party shall bear his or its own attorneys' fees, expert fees, and costs.

IT IS SO STIPULATED.

Respectfully submitted,

DATED: October 29, 2020

**MANNING LAW, APC**

By: /s/ *Joseph R. Manning, Jr.*
   Joseph R. Manning, Jr.
   Attorney for Plaintiff
   James Rutherford

DATED:  October 29, 2020

**VARNER & BRANDT, LLP**

By: /s/ *Michelle M. Wolfe*
   Michelle M. Wolfe
   Attorneys for Defendant
   Paradigm 20815 Sherman Way, LLC

**Certification Pursuant to Local Rule 5-4.3.4(a)(2)(i)**

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I, Joseph R. Manning, Jr., hereby do attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

DATED: October 29, 2020      By: /s/ *Joseph R. Manning, Jr.*